UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant.<br>_____/ | No. C 13-03127 MEJ<br><br>**ORDER RE INITIAL CASE MANAGEMENT CONFERENCE** |

On October 2, 2013, the Court granted the Department of Justice's Motion for Stay, thereby staying this action until Congress has restored appropriations to the Department. Dkt. No. 21. The initial case management conference set for October 10, 2013, is therefore **VACATED**.

**IT IS SO ORDERED.**

Dated: October 9, 2013

_____
Maria-Elena James
United States Magistrate Judge