JOYCE R. BRANDA
   Acting Assistant Attorney General
ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
   Deputy Branch Director
LYNN Y. LEE (CA Bar No. 235531)
   Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0531
Facsimile: (202) 616-8470
E-mail: lynn.lee@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>          Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE,<br><br>          Defendant. | No. 13-cv-3127 MEJ<br><br>STIPULATION TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE |

Pursuant to Civil Local Rule 6-2, defendant United States Department of Justice ("DOJ") and plaintiff American Civil Liberties Union of Northern California ("ACLU"), by and through their respective counsel, stipulate as follows:

      1.      On August 19, 2014, the Court entered the summary judgment briefing schedule stipulated to by the parties (ECF No. 32), whereby defendant's opening motion would be due November 3, 2014; plaintiff's opposition and cross-motion, November 17; defendant's reply and opposition, December 8; and plaintiff's reply December 19; and set the motions for hearing on January 15, 2015.

      2.      Since then, DOJ has completed processing of the responsive documents and is currently in the process of compiling the *Vaughn* index and declarations for its opening motion.

STIPULATION TO AMEND BRIEFING SCHEDULE
Case No. 13-cv-3127 MEJ

However, DOJ is still analyzing the Court's recent decisions in the related case, *ACLU v. DOJ*, No. 12-cv-4008 (ECF Nos. 61, 62), and needs more time to evaluate their impact on the instant case.

3. Additionally, the Criminal Division of DOJ has had to address certain technical issues associated with the database containing the responsive documents, which may require a shift to another database with different information technology staff.

4. For these reasons, defendant has requested, and plaintiff has agreed, to extend the current briefing schedule to allow DOJ sufficient time to resolve the above matters.

5. Accordingly, the parties have stipulated to, and respectfully request that the Court enter, the following proposed amended briefing schedule:

- Defendant's opening brief shall be filed no later than November 26, 2014.
- Plaintiff's cross-motion and opposition shall be filed no later than December 18, 2014.
- Defendant's reply and opposition shall be filed no later than January 8, 2015.
- Plaintiff's reply shall be filed no later than January 22, 2015.
- The hearing shall be held on February 5, 2015, or as soon thereafter as the matter may be heard.

6. The parties' prior stipulation as to page length remains in place, whereby each of the four briefs may be up to 25 pages in length in order to ensure equal briefing space for both sides.

7. No prior amendments to the briefing schedule have been requested or granted.

IT IS SO STIPULATED.

Respectfully submitted this 29th day of October, 2014,

                                      JOYCE R. BRANDA
                                      Acting Assistant Attorney General

                                      ELIZABETH J. SHAPIRO
                                      Deputy Branch Director

| /s/ Linda Lye | /s/ Lynn Y. Lee |
|---|---|
| American Civil Liberties Union | LYNN Y. LEE |
| Foundation of Northern California | U.S. Department of Justice |
| 39 Drumm Street | Civil Division, Federal Programs Branch |
| San Francisco, CA  94111 | Washington, D.C. 20044 |
| Telephone:  (415) 621-2493 | Telephone: (202) 305-0531 |
| Facsimile:  (415) 255-8437 | Facsimile: (202) 616-8470 |
| E-mail:  llye@aclunc.org | E-mail: lynn.lee@usdoj.gov |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

IT IS ORDERED THAT THE FOLLOWING BRIEFING SCHEDULE IS ADOPTED:

For the parties' forthcoming motions for summary judgment regarding plaintiff's FOIA request, the briefing schedule shall be as follows:

     a. Defendant's opening brief shall be filed no later than November 26, 2014.

     b. Plaintiff's cross-motion and opposition, together not to exceed 25 pages, shall be filed no later than December 18, 2014.

     c. Defendant's reply and opposition, together not to exceed 25 pages, shall be filed no later than January 8, 2015.

     d. Plaintiff's reply, not to exceed 25 pages, shall be filed no later than January 22, 2015.

     e. The hearing on this matter shall be held on February 5, 2015.

DATED: October 29, 2014

                                      Judge Maria-Elena James
                                      United States Magistrate Judge

**DECLARATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

*ACLU of Northern California, et al. v. DOJ*, No. 13-cv-3127

I, Lynn Y. Lee, declare that I have obtained the concurrence in the filing of this Stipulation to Amend Summary Judgment Briefing Schedule from Linda Lye, counsel for plaintiff in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2014.

/s/ *Lynn Y. Lee*
LYNN Y. LEE (CA Bar No. 235531)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-0531
Facsimile:  (202) 616-8470
E-mail:  lynn.lee@usdoj.gov

*Attorney for Defendant*