UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 13-cv-03127-MEJ<br><br>**ORDER RE: CHAMBERS COPIES**<br><br>Re: Dkt. No. 35 |

Pending before the Court is Defendant's Motion for Summary Judgment.  Dkt. No. 35.  No chambers copies have been submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders.  *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James.  The parties shall immediately submit a chambers copy of the above-referenced documents.  ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.

**IT IS SO ORDERED.**

Dated: December 18, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge