UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 13-cv-03127-MEJ<br><br>**ORDER RE:** *IN CAMERA* **REVIEW OF DOCUMENTS** |

After review of the parties' cross motions for summary judgment, the Court finds that an *in camera* review of a sampling of the documents is necessary to assess Defendant's assertions of exemptions and segregability of non-exempt material. At the April 2, 2015 hearing, both parties stated they have no objection to an *in camera* review.

Accordingly, by **April 17, 2015,** Defendant shall deliver to chambers (not file) unredacted copies of the following documents:

- From the Kornmeier Declaration (Dkt. No. 35-1):
    - Documents 3 and 4
- From the Third Sprung Declaration (Dkt. No. 47):
    - CRM 39451-39484 (only the portion containing the sealing order)
    - CRM 2541 (USA Book)
    - CRM 2948 (internal memorandum)
    - CRM 3818-3825 (internal memorandum)
    - CRM 9853-9897 (internal memorandum)
    - CRM 15311-15316 (internal memorandum)
    - CRM 28119-28126 (internal memorandum)

- o CRM 34065-34066 (internal memorandum)
- o CRM 17543-17544 (internal memorandum)

The Court may also consider a sampling of the Criminal Division's templates/go-bys as described in the Third Sprung Declaration, ¶ 8. **By April 17, 2015**, Defendant shall file in the public docket a list of documents that it proposes the Court should view as a representative sample of those documents. The list should contain the same identifying information included in the corresponding Vaughn Index for these documents. Defendant should also indicate whether any such documents are duplicates of, or substantially similar to, other withheld documents. Plaintiff shall file any response **by April 24, 2015**, indicating whether it believes other or additional documents should be included for the Court's review. The Court will issue a follow-up Order following these submissions.

**IT IS SO ORDERED.**

Dated: April 2, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge