UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, | Case No. 13-cv-03127-MEJ |
| Plaintiff, | **ORDER RE: *IN CAMERA* REVIEW** |
| v. | Re: Dkt. No. 51 |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

The Court previously ordered the *in camera* review of various disputed documents and also ordered Defendant to file a list of documents it proposes the Court should view as a representative sample of the Criminal Division's withheld templates/go-bys. Dkt. No. 49. Plaintiff was to file any response by April 24, 2015, indicating whether it believes other or additional documents should be included for the Court's review. *Id.* Having received no statement from Plaintiff, the Court agrees with Defendant's proposed sample of documents (Dkt. No. 51) and ORDERS those documents produced for *in camera* review. Accordingly, by **May 14, 2015,** Defendant shall deliver to chambers (not file) unredacted copies of the following:

- CRM-Lye-9002-9010
- CRM-Lye-9011-9019
- CRM-Lye-00015173-00015181
- CRM-Lye-00015200-00015207
- CRM-Lye-00031754-00031777
- CRM-Lye-00038268-00038270

**IT IS SO ORDERED.**

Dated: April 30, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge