UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 13-cv-3127-MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | No. 13-CV-3127-MEJ <br><br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which the Court has ruled on the parties' cross-motions for summary judgment and entered judgment. ECF Nos. 53, 56, 57.

The parties have recently executed a Settlement Agreement that resolves all of Plaintiff's claims regarding attorney's fees and costs in this litigation, which is the only outstanding issue left in the case. Accordingly, the parties hereby stipulate to the dismissal, with prejudice, of this action, including any and all claims that Plaintiff may have for attorney's fees and costs in this litigation.

Respectfully submitted,

LINDA LYE
American Civil Liberties Union
Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
E-mail: llye@aclunc.org

*Attorney for Plaintiff*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

LYNN Y. LEE (CA Bar No. 235531)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
P.O. Box 883

Stipulation of Dismissal with Prejudice
Case No. 13-CV-3127-MEJ

|    |    |
|----|----|
| 1  | Washington, D.C. 20044 |
| 2  | Telephone: (202) 305-0531<br>Facsimile: (202) 616-8470<br>E-mail: lynn.lee@usdoj.gov |
| 3  | *Attorneys for Defendant* |

IT IS SO ORDERED that Plaintiff's claims for attorney's fees and costs in this litigation generally, shall be, and hereby are, DISMISSED WITH PREJUDICE.

_____
MARIA-ELENA JAMES
United States Magistrate Judge

June  23, 2016
_____
Date

1  I, Linda Lye, hereby attest pursuant to Civil Local Rule 5-1(i)(3), that I have obtained
2  concurrence in the filing of this document by the other signatory to this document.

                                                                                                   /s/
                                                                                               Linda Lye